PD-1184-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/11/2015 11:48:58 AM
Accepted 9/14/2015 4:39:04 PM
ABEL ACOSTA
CLERK

# PD-1184-15

NO. _____

| | | |
|---|---|---|
| ROBERT GARRETT | § | IN THE COURT OF CRIMINAL |
| VS. | § | APPEALS FOR THE STATE |
| THE STATE OF TEXAS | § | OF TEXAS AT AUSTIN |

---

ON APPEAL FROM THE
265TH JUDICIAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS
IN CAUSE NO. F10-52395-R
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS IN CAUSE NO. 05-13-00883-CR

---

## APPELLEE'S MOTION TO EXTEND THE TIME FOR FILING THE APPELLEE'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant, Robert Garrett, and respectfully requests that the time for the filing of the Appellant's Petition For Discretionary Review in the above-styled and -numbered causes be extended. In support of this motion the Appellee would show the Court the following:

I.

Appellant was convicted of indecency with a child and punishment was assessed at 9 years' confinement and a $4000 fine. On August 12, 2015, in Opinion No. 05-13-00883-CR, the Court of Appeals affirmed the judgment of the trial court.

II.

The Appellant's Petition For Discretionary Review is due on or before September 11, 2015. Appellant respectfully requests an extension of time until October 11, 2015.

III.

No previous extension of time has been requested.


IV.

The Appellant would show the Court that a reasonable explanation exists for the requested extension. The facts on which the Appellant relies to reasonably explain the need for this extension are as follows:

Before the undersigned attorney can begin work on the Petition in this case, the undersigned attorney must prepare and file the briefs in *Gage*, No. 05-15-00538-CR;*Jefferson*, No. 05-15-00477-CR; *Simmons*, No. 05-15-00162-CR; and *Ramiro*, Nos. 08-15-00227-CR, 08-15-00228-CR, 08-15-00229-CR & 08-15-00230-CR, all of which have already been granted extensions. The undersigned attorney must also prepare the PDR in *McClenon*, Nos. 05-14-00833-CR and 05-14-00834-CR, for which an extension of time has also been requested.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that the time for the filing of the Appellee's Petition For Discretionary Review be extended until October 11, 2015.


Respectfully submitted,

Lynn Richardson
Chief Public Defender
Dallas County

/s/ Kathleen A. Walsh
Kathleen A. Walsh
Assistant Public Defender
State Bar No. 20802200
133 N. Riverfront Blvd., LB-2
Dallas, TX. 75207-4399
(214) 653-3550 (telephone)
(214) 653-3539 (fax)
kwalsh@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Appellate Division of the Dallas County Criminal District Attorney's Office, on the 11th day of September, 2015 by electronic transmission to DCDAAppeals@dallascounty.org.

/s/ Kathleen A. Walsh
Kathleen A. Walsh